**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 26 MAL 2023

        Respondent          :

                       :   Petition for Allowance of Appeal

                       :   from the Order of the Superior Court

           v.              :

TROY DAVID AMES,           :

         Petitioner          :

COMMONWEALTH OF PENNSYLVANIA,   :   No. 27 MAL 2023

        Respondent           :

                       :   Petition for Allowance of Appeal

                       :   from the Order of the Superior Court

           v.              :

TROY DAVID AMES,           :

        Petitioner          :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 20th day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.